**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 623-0211
alite@ldgrlaw.com
mpatunas@ldgrlaw.com
mtarantino@ldgrlaw.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN CO., LLC AND PFIZER HEALTH AB, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No.: 08-1331(DMC)(MF) <br><br> **ORDER** |

This matter having come before the Court on the application of Lite DePalma Greenberg & Rivas, LLC ["movant"], attorneys for Defendant Teva Pharmaceuticals USA, Inc., for the *pro hac vice* admission of Nicholas K. Mitrokostas [" counsel"], pursuant to Local Civ. R. 101.1(c); and the Court having considered the certifications submitted in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civ. R. 101.1(c)(1); and the Court having been advised that plaintiffs consent to the application; and for good cause shown,

IT IS ON THIS  8th  day of  Jan , 2010

227888 v1

ORDERED that the application for the *pro hac vice* admission of counsel is granted;

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that the movant shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall make payments to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which counsel represents the clients in this matter; and

**IT IS FURTHER ORDERED** that counsel shall pay $150.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1(c)(3).

_____
Honorable Mark Falk, U.S.M.J.

227888 v1